# EXHIBIT A

# SPECIMEN BALLOT
# ESPÉCIMEN DE PAPELETA

**PENALTY FOR WILLFULLY DEFACING, TEARING DOWN, REMOVING OR DESTROYING A LIST OF CANDIDATES OR SPECIMEN BALLOT.**

**FINE NOT TO EXCEED ONE HUNDRED DOLLARS.**

LA PENALIDAD POR LA DESTRUCCIÓN, ALTERACIÓN, O ELIMINACIÓN DE ESTA PAPELETA DE CANDIDATOS SERÁ UNA MULTA DE NO MÁS DE 100 DÓLARES.

---

**CITY OF BOSTON / CIUDAD DE BOSTON**
OFFICIAL BALLOT / PAPELETA OFFICIAL
PRELIMINARY MUNICIPAL ELECTION / ELECCIÓN MUNICIPAL PRELIMINAR
TUESDAY, SEPTEMBER 14, 2021 / MARTES 14 DE SEPTIEMBRE DE 2021

**DISTRICT/DISTRITO 4:**

| Ward/Circunscripción | Precincts/Precinto |
|---|---|
| 14 | 1, 2, 3, 4 & 6-13 |
| 15 | 2 & 5 |
| 16 | 1 & 3 |
| 17 | 1-12 & 14 |
| 18 | 1 & 7 |
| 19 | 12 |




Board of Election Commissioners
Comisionados de la Junta Electoral

**INSTRUCTIONS TO VOTER / INSTRUCCIONES PARA EL VOTANTE**

To vote for a candidate, fill in the oval ● to the right of the candidate's name. To vote for a person not on the ballot, write the person's name and residence in the blank space provided and fill in the oval.

Para votar por un candidato, rellene el óvalo ● a la derecha del nombre del candidato. Para votar por una persona que no está en la papeleta, escriba el nombre y la dirección de esa persona en el espacio en blanco provisto y rellene el óvalo.

## CANDIDATES FOR MAYOR
### CANDIDATOS PARA ALCALDE
(For Four Year Term) / (Por un término de cuatro años)
**VOTE FOR ONE / VOTE POR UNO**

- ANNISSA ESSAIBI GEORGE — 32 Mayhew Street / District/Distrito 3 — Present City Councilor At Large / Actual concejal municipal general ("at Large") ○
- RICHARD A SPAGNUOLO — 113 Endicott Street / District/Distrito 1 ○
- ANDREA JOY CAMPBELL — 37 Groveland Street / District/Distrito 4 — Present District City Councilor / Actual concejal municipal de distrito ○
- KIM M JANEY — 27 Copeland Street / District/Distrito 7 — Present District City Councilor / Actual concejal municipal de distrito ○
- MICHELLE WU — 17 Augustus Avenue / District/Distrito 5 — Present City Councilor At Large / Actual concejal municipal general ("at Large") ○
- JON SANTIAGO — 806 Tremont Street / District/Distrito 7 — Present State Representative / Actual Representante Estatal ○
- ROBERT CAPPUCCI — 159 Cottage Street / District/Distrito 1 — Former District School Committee Member, Veteran / Ex miembro del comité escolar de distrito, Veterano ○
- JOHN F BARROS — 48 Virginia Street / District/Distrito 3 ○
- DO NOT VOTE IN THIS SPACE. USE BLANK LINE BELOW FOR WRITE - IN. / NO VOTE EN ESTE LUGAR. UTILICE LA LÍNEA EN BLANCO QUE APARECE DEBAJO PARA AGREGAR CANDIDATO.
- (WRITE-IN SPACE ONLY) (ESPACIO EXCLUSIVO PARA AGREGAR CANDIDATO) ○

## CANDIDATES FOR CITY COUNCILLOR
### CANDIDATOS PARA CONCEJAL MUNICIPAL DEL
**DISTRICT/DISTRITO 4**
(For Two Year Term) / (Por un término de dos años)
**VOTE FOR ONE / VOTE POR UNO**

- JOSETTE K WILLIAMS — 91 Fowler Street / District/Distrito 4 ○
- TROY A SMITH — 43 Moultrie Street / District/Distrito 4 ○
- JOEL G RICHARDS — 1 Parkman Place / District/Distrito 4 ○
- DEEQO M JIBRIL — 35 Harvard Street / District/Distrito 4 ○
- JACOB JALEEL URENA — 76 Woodruff Way / District/Distrito 4 ○
- WILLIAM EDWARD DICKERSON III — 41 Gleason Street / District/Distrito 4 ○
- BRIAN J WORRELL — 42 Columbia Road / District/Distrito 4 ○
- EVANDRO C CARVALHO — 70 Fuller Street / District/Distrito 4 — Former State Representative / Ex representante estatal ○
- LEONARD LEE SR — 11 Mather Street / District/Distrito 4 ○
- DO NOT VOTE IN THIS SPACE. USE BLANK LINE BELOW FOR WRITE - IN. / NO VOTE EN ESTE LUGAR. UTILICE LA LÍNEA EN BLANCO QUE APARECE DEBAJO PARA AGREGAR CANDIDATO.
- (WRITE-IN SPACE ONLY) (ESPACIO EXCLUSIVO PARA AGREGAR CANDIDATO) ○

## CANDIDATES FOR CITY COUNCILLOR AT LARGE
### CANDIDATOS PARA CONCEJAL MUNICIPAL GENERAL ('AT LARGE')
(For Two Year Term) / (Por un término de dos años)
**VOTE FOR UP TO FOUR / VOTE POR HASTA CUATRO**

- CARLA B MONTEIRO — 480 Harvard Street / District/Distrito 4 ○
- ALTHEA GARRISON — 47 Woodcliff Street / District/Distrito 7 — Former City Councilor At Large, Former State Representative / Ex concejal municipal general ("at Large"), Ex representante estatal ○
- BRIDGET M NEE-WALSH — 118 G Street / District/Distrito 2 ○
- SAID A ABDIKARIM — 650 Columbus Avenue / District/Distrito 7 ○
- RUTHZEE LOUIJEUNE — 46 Lexington Avenue / District/Distrito 5 ○
- KELLY F BATES — 43 Chittick Road / District/Distrito 5 ○
- DAVID HALBERT — 37 Senator Bolling Circle / District/Distrito 4 ○
- JULIA MEJIA — 48 Capen Street / District/Distrito 4 — Present City Councilor At Large / Actual concejal municipal general ("at Large") ○
- ROY A OWENS SR — 6 Woodville Street / District/Distrito 7 ○
- NICK VANCE — 27 George Street / District/Distrito 5 ○
- MICHAEL F FLAHERTY — 1726 Columbia Road / District/Distrito 2 — Present City Councilor At Large / Actual concejal municipal general ("at Large") ○
- JON M SPILLANE — 43 Irving Street / District/Distrito 8 ○
- JAMES REGINALD COLIMON — 281 Roslindale Avenue / District/Distrito 5 ○
- ERIN J MURPHY — 138 Msgr Patrick J Lydon Way / District/Distrito 3 ○
- DONNIE DIONICIO PALMER JR — 1465 Commonwealth Avenue / District/Distrito 9 — Veteran / Veterano ○
- ALEXANDER J GRAY — 68 Wenham Street / District/Distrito 6 ○
- DOMINGOS DAROSA — 1569 River Street / District/Distrito 5 ○
- DO NOT VOTE IN THIS SPACE. USE BLANK LINE BELOW FOR WRITE - IN. / NO VOTE EN ESTE LUGAR. UTILICE LA LÍNEA EN BLANCO QUE APARECE DEBAJO PARA AGREGAR CANDIDATO.
- (WRITE-IN SPACE ONLY) (ESPACIO EXCLUSIVO PARA AGREGAR CANDIDATO) ○
- (WRITE-IN SPACE ONLY) (ESPACIO EXCLUSIVO PARA AGREGAR CANDIDATO) ○
- (WRITE-IN SPACE ONLY) (ESPACIO EXCLUSIVO PARA AGREGAR CANDIDATO) ○
- (WRITE-IN SPACE ONLY) (ESPACIO EXCLUSIVO PARA AGREGAR CANDIDATO) ○

# SPECIMEN BALLOT
# 樣本選票

**PENALTY FOR WILLFULLY DEFACING, TEARING DOWN, REMOVING OR DESTROYING A LIST OF CANDIDATES OR SPECIMEN BALLOT.**

**<u>FINE NOT TO EXCEED ONE HUNDRED DOLLARS.</u>**

禁止故意塗抹、損毀、撕掉、或破會候選人名單或選舉樣板，違者法辦懲罰。
罰金不得超過一百美金。

---

**CITY OF BOSTON / 波士頓市**
**SPECIMEN BALLOT / 樣本選票**
**PRELIMINARY MUNICIPAL ELECTION / 市級初選**
**TUESDAY, SEPTEMBER 26, 2017 / 2017 年 9 月 26 日、星期二**

**DISTRICT/區 1:**

| Ward/選區 | Precincts/分區 |
|---|---|
| 1 | 1-14 |
| 2 | 1-7 |
| 3 | 1, 2, 3, & 4 |



Board of Election Commissioners
選舉委員會

## INSTRUCTIONS TO VOTER / 投票說明

TO VOTE, completely fill in the OVAL to the RIGHT of your choice: ●
To vote for a person not on the ballot, write that person's name and residence in the blank space provided and fill in the oval.

投票時，請將你要選的候選人右邊的橢圓形格子塗滿： ●
如果要投票給沒有列在選票上的人士，請在空白處寫上該人士的姓名與住址，然後塗滿橢圓形格子。

---

| CANDIDATES FOR MAYOR<br>市長候選人 | CANDIDATES FOR CITY COUNCILLOR<br>市議員候選人<br>DISTRICT/第 1 區 |
|---|---|
| **(For Four Year Term) / (四年任期)** | **(For Two Year Term) / (兩年期限)** |
| VOTE FOR ONE / 選一人 | VOTE FOR ONE / 選一人 |
| **TITO JACKSON** / 鐵徒。積遜  *Present District City Councillor*<br>37 Schuyler Street / District/區 7   現任行政區市議員 ○ | **MARGARET M FARMER** / 瑪嘉烈。范瑪<br>241 Webster Street / District/區 1  ○ |
| **JOSEPH A WILEY** / 約瑟夫。威利<br>34 Princeton Street / District/區 1  ○ | **STEPHEN PASSACANTILLI** / 史提分。柏沙簡地利<br>406 Hanover Street / District/區 1  ○ |
| **ROBERT CAPPUCCI** / 羅拔。及普治  *Former Dist. School Com. Member, Veteran*<br>159 Cottage Street / District/區 1   曾任行政區校委會會員, 退伍軍人 ○ | **LYDIA MARIE EDWARDS** / 黎迪亞。瑪利。愛德華斯<br>186 London Street / District/區 1  ○ |
| **MARTIN J WALSH** / 馬田。偉殊  *Present Mayor*<br>2 Butler Street / District/區 3   現任市長 ○ | |
| (Write-in) (投票給未列在選票上的人士) ○ | (Write-in) (投票給未列在選票上的人士) ○ |

**THERE IS NO PRELIMINARY MUNICIPAL ELECTION FOR CANDIDATES FOR CITY COUNCILLOR AT LARGE IN THE CITY OF BOSTON.**

在這次波士頓市市級初選里,
不分區市議員的候選人沒有選舉

# SPECIMEN BALLOT
# ESPÉCIMEN DE PAPELETA

PENALTY FOR WILLFULLY DEFACING, TEARING DOWN, REMOVING OR DESTROYING A LIST OF CANDIDATES OR SPECIMEN BALLOT.

**FINE NOT TO EXCEED ONE HUNDRED DOLLARS.**

LA PENALIDAD POR LA DESTRUCCIÓN, ALTERACIÓN, O ELIMINACIÓN DE ESTA PAPELETA DE CANDIDATOS SERA UNA MULTA DE NO MAS DE 100 DOLARES.

## CITY OF BOSTON / CIUDAD DE BOSTON
### OFFICIAL SPECIMEN BALLOT / ESPÉCIMEN DE PAPELETA OFICIAL
### PRELIMINARY MUNICIPAL ELECTION / ELECCIÓN MUNICIPAL PRELIMINAR
### TUESDAY, SEPTEMBER 24, 2013 / MARTES 24 DE SEPTIEMBRE DE 2013

**DISTRICT/DISTRITO 1:**

| Ward/Circunscripción | Precincts/Precintos |
|---|---|
| 1 | 1 - 14 |
| 2 | 1 - 7 |
| 3 | 1, 2, 3 & 4 |



Board of Election Commissioners
Comisionados de la Junta Electoral

### INSTRUCTIONS TO VOTER / INSTRUCCIONES PARA EL VOTANTE

TO VOTE, completely fill in the OVAL to the RIGHT of your choice:
To vote for a person not on the ballot, write that person's name and residence in the blank space provided and fill in the oval.

PARA VOTAR, rellene completamente el ÓVALO a la DERECHA de su selección:
Para votar por una persona que no está en la papeleta, escriba el nombre y la dirección de esa persona en el espacio provisto y rellene el óvalo.

## CANDIDATES FOR MAYOR
### CANDIDATOS PARA ALCALDE
(For Four Year Term) / (Por un término de cuatro años)
**VOTE FOR ONE / VOTE POR UNO**

- CHARLES L CLEMONS JR — 60 Rosseter Street / District/Distrito 4 ○
- BILL WALCZAK — 20 Rockmore Street / District/Distrito 3 ○
- CHARLES CALVIN YANCEY — 3 Hooper Street / District/Distrito 4 — Present District City Councillor / Concejal municipal de distrito actual ○
- ROB CONSALVO — 18 A Chittick Road / District/Distrito 5 — Present District City Councillor / Concejal municipal de distrito actual ○
- CHARLOTTE GOLAR RICHIE — 29 Percival Street / District/Distrito 3 — Former State Representative / Representante estatal anterior ○
- MICHAEL P ROSS — 214 Parker Hill Avenue / District/Distrito 8 — Present District City Councillor / Concejal municipal de distrito actual ○
- MARTIN J WALSH — 12 Tuttle Street / District/Distrito 3 — Present State Representative / Actual representante estatal ○
- JOHN R CONNOLLY — 12 Shaw Street / District/Distrito 6 — Present City Councillor at Large / Concejal municipal general ('at Large') actual ○
- FELIX G ARROYO — 93 Wachusett Street / District/Distrito 6 — Present City Councillor at Large / Concejal municipal general ('at Large') actual ○
- DAVID JAMES WYATT — 62 Weaver Court / District/Distrito 7 ○
- DANIEL F CONLEY — 265 Corey Street / District/Distrito 6 — Present District Attorney, Former District City Councillor / Fiscal de distrito actual, Anterior concejal municipal de distrito ○
- JOHN F BARROS — 46 Virginia Street / District/Distrito 3 ○
- _____ (Write-in) (Escriba el nombre) ○

## CANDIDATES FOR CITY COUNCILLOR
### CANDIDATOS PARA CONCEJAL MUNICIPAL DEL
### DISTRICT/DISTRITO 1
(For Two Year Term) / (Por un término de dos años)
**VOTE FOR ONE / VOTE POR UNO**

- JOHN RIBEIRO JR — 370 Meridian Street / District/Distrito 1 ○
- SALVATORE LAMATTINA — 76 Montmorenci Avenue / District/Distrito 1 — Present District City Councillor / Concejal municipal de distrito actual ○
- BRIAN J GANNON — 198 Everett Street / District/Distrito 1 ○
- _____ (Write-in) (Escriba el nombre) ○

## CANDIDATES FOR CITY COUNCILLOR AT LARGE
### CANDIDATOS PARA CONCEJAL MUNICIPAL GENERAL ('AT LARGE')
(For Two Year Term) / (Por un término de dos años)
**VOTE FOR UP TO FOUR / VOTE POR HASTA CUATRO**

- MARTIN J KEOGH — 18 Howitt Road / District/Distrito 6 ○
- AYANNA S PRESSLEY — 1910 Dorchester Avenue / District/Distrito 3 — Present City Councillor at Large / Concejal municipal general ('at Large') actual ○
- CATHERINE M O'NEILL — 170 Savin Hill Avenue / District/Distrito 3 ○
- FRANCISCO L WHITE — 80 Lexington Street / District/Distrito 1 ○
- MICHAEL F FLAHERTY — 1726 Columbia Road / District/Distrito 2 — Former City Councillor At Large / Anterior concejal municipal general ('at Large') ○
- FRANK JOHN ADDIVINOLA JR — 1 Longfellow Place / District/Distrito 8 ○
- JEFFREY MICHAEL ROSS — 554-B Massachusetts Avenue / District/Distrito 7 ○
- DOUGLAS D WOHN — 240 Heath Street / District/Distrito 6 ○
- KEITH B KENYON — 426 East Sixth Street / District/Distrito 2 ○
- STEPHEN J MURPHY — 141 Warren Avenue / District/Distrito 5 — Present City Councillor at Large / Concejal municipal general ('at Large') actual ○
- RAMON SOTO — 16 Parker Hill Avenue / District/Distrito 8 ○
- JACK F KELLY III — 287 Main Street / District/Distrito 1 ○
- CHRISTOPHER J CONROY — 22 Elmore Street / District/Distrito 7 ○
- MICHELLE WU — 100A West Brookline Street / District/Distrito 2 ○
- GARETH R SAUNDERS — 45 Nightingale Street / District/Distrito 4 — Former District City Councillor, Veteran / Anterior concejal municipal de distrito, Veterano ○
- SEAMUS M WHELAN — 25 Dosoto Road / District/Distrito 6 ○
- PHILIP ARTHUR FRATTAROLI — 8 Harris Street / District/Distrito 1 ○
- ALTHEA GARRISON — 98 Howard Avenue / District/Distrito 7 — Former State Representative / Representante estatal anterior ○
- ANNISSA ESSAIBI GEORGE — 32 Mayhew Street / District/Distrito 3 ○
- _____ (Write-in) (Escriba el nombre) ○
- _____ (Write-in) (Escriba el nombre) ○
- _____ (Write-in) (Escriba el nombre) ○
- _____ (Write-in) (Escriba el nombre) ○