UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HOUTON,<br><br>              Plaintiff,<br><br>       v.<br><br>MICHELLE WU; ADAM CEDERBAUM; ENEIDA TAVARES, COMMISSIONER OF THE BOSTON ELECTION DEPARTMENT; WILLIAM GALVIN, SECRETARY OF STATE, COMMONWEALTH OF MASSACHUSETTS; ASHLEY GROFFENBERGER, an individual; COLLECTOR-TREASURER, CITY OF BOSTON; COMMONWEALTH OF MASSACHUSETTS; AND JOHN DOES NOS. 10-10, SAID NAMES BEING UNKNOWN AND FICTITIOUS, as Unknown City of Boston Employees or Wu Campaign Officials,<br><br>              Defendants. | CIVIL ACTION<br>No. 25-13233-ADB |

## NOTICE OF APPEARANCE

Please enter on the docket the appearance of Phoebe Fischer-Groban, Assistant Attorney General, as counsel for the state Defendant, William Galvin, Secretary of State, Commonwealth of Massachusetts, in the above-captioned case.

Respectfully submitted,

_/s/ Phoebe Fischer-Groban_
Phoebe Fischer-Groban, BBO # 687068
Assistant Attorney General
Government Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 963-2589
email: phoebe.fischer-groban@mass.gov

December 17, 2025

1

## <u>CERTIFICATE OF SERVICE</u>

I certify that this document filed through the CM/ECF system will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 17, 2025.

John F. Houton, Jr.
143 West Brookline Street, Suite 406
Boston, MA 02118
johnhouton@gmail.com

Brian T. Kelly, Esq.
Joshua C.H. Sharp, Esq.
Brianna N. Portu, Esq.
Nixon Peabody LLP
53 State Street
Boston, MA 02109
bkelly@nixonpeabody.com
jsharp@nixonpeabody.com
bportu@nixonpeabody.com

*/s/ Phoebe Fischer-Groban*
Phoebe Fischer-Groban
Assistant Attorney General