UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN HOUTON

v.

MICHELLE WU et al.

No. 1:25-cv-13233-ADB

**ASSENTED-TO MOTION FOR MOTION TO DISMISS BRIEFING SCHEDULE**

Defendants City of Boston, Michelle Wu, Adam Cederbaum, Eneida Tavares, Ashley Groffenberger, Jerica Bradley, Margaret Dyson, and Maureen Garceau (collectively, "City Defendants") request that the Court adopt the following schedule for Motion to Dismiss briefing. All parties assent to this Motion. The City Defendants note that they waived service earlier than Defendant Secretary Galvin and therefore the current briefing schedule is not synchronized among the Defendants. The proposed schedule, which Plaintiff agrees to, synchronizes the briefing by requiring the City Defendants to submit their responsive pleading on the date that Secretary Galvin's responsive pleading is currently due. The proposed schedule is:

- Responsive pleadings due Feb. 2, 2025
- Oppositions due March 2, 2025
- Replies due March 16, 2025

WHEREFORE, the City Defendants respectfully request that the Court allow this motion and order the briefing schedule set forth above.

Dated: December 23, 2025

Respectfully submitted,

Defendants City of Boston, Michelle Wu, Adam Cederbaum, Eneida Tavares, Ashley Groffenberger, Jerica Bradley, Margaret Dyson, and Maureen Garceau,

By their attorneys,

*/s/ Joshua C. Sharp*
Brian T. Kelly (BBO # 549566)
Joshua C. Sharp (BBO # 681439)
Brianna N. Portu (BBO # 698715)
NIXON PEABODY LLP
53 State Street
Boston, MA 02109
(617) 345-1000
bkelly@nixonpeabody.com
jsharp@nixonpeabody.com
bportu@nixonpeabody.com

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify that all counsel assent to this motion.

*/s/ Joshua C. Sharp*
Joshua C. Sharp

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed electronically on December 23, 2025 and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing ("NEF").

*/s/ Joshua C. Sharp*
Joshua C. Sharp