# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

JOHN HOUTON

v.                                                          No. 1:25-cv-13233-ADB

CITY OF BOSTON et al.

## DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendants City of Boston, Michelle Wu, and Adam Cederbaum submit this Reply in accordance with the motion to dismiss schedule approved by the Court (ECF Nos. 31, 32), which includes a deadline for replies due fourteen (14) days after the deadline for oppositions. Because the Court approved an extension of Plaintiff John Houton's deadline to oppose until June 1, 2026 (ECF Nos. 35, 36), Defendants' Reply is due on June 15, 2026.

After reviewing Plaintiff's Opposition to Defendants' Motion to Dismiss (ECF No. 37), Defendants respectfully refer the Court to Defendants' Memorandum in Support of Motion to Dismiss (ECF No. 34), which sufficiently explains why Plaintiff's First Amended Complaint should be dismissed in its entirety.

Dated: June 15, 2026                        Respectfully submitted,

                                            Defendants City of Boston, Michelle Wu,
                                            and Adam Cederbaum,

                                            By their attorney,

                                            */s/ Brian T. Kelly*
                                            Brian T. Kelly (BBO # 549566)
                                            Joshua C. Sharp (BBO # 681439)
                                            Brianna N. Portu (BBO # 698715)
                                            NIXON PEABODY LLP

53 State Street
Boston, MA 02109
(617) 345-1065
bkelly@nixonpeabody.com
jsharp@nixonpeabody.com
bportu@nixonpeabody.com

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed electronically on June 15, 2026 and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing ("NEF").

*/s/ Joshua C. Sharp*
Joshua C. Sharp